IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANDREA SAVAGE,

    Plaintiff,

v.

INTERNATIONAL LONGSHORE
ASSOCIATION, et al.;

    Defendants.

CIVIL ACTION NO.: 4:19-cv-224

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's September 13, 2019 Report and Recommendation, (doc. 5), to which Plaintiff filed no objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 5), as the opinion of the Court and **DENIES** Plaintiff's Motion to Proceed in forma pauperis. Plaintiff shall have fourteen days from the date of this Order to pay the filing fee or risk dismissal.

**SO ORDERED**, this 28th day of October, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA