IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANDREA SAVAGE,

    Plaintiff,

v.

INTERNATIONAL LONGSHORE ASSOCIATION, et al.,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-224

# O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's December 6, 2019, Report and Recommendation, (doc. 7), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 7), as the opinion of the Court and **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 28th day of February, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA